# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| WILLIAM EVANS, | : No. 15 EAP 2019 |
| Appellant | : |
| v. | : |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | : |
| Appellee | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of the December, 2019, the Application for Summary Relief is GRANTED.  The Order of the Commonwealth Court is AFFIRMED.